IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TERRY DOUGLAS CROSS #17616-045                                                              PLAINTIFF

VS.                                                               CIVIL ACTION NO.  5:06cv36DCBMTP

UNITED STATES OF AMERICA                                                             DEFENDANTS

<u>JUDGMENT</u>

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the 9th day of March, 2007.

                                      S/DAVID BRAMLETTE
                                      UNITED STATES DISTRICT JUDGE